# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LEIBELT and DAVID LEIBELT,<br><br>                            Plaintiffs,<br>    vs.<br><br>WYETH dba WYETH, INC.; WYETH PHARMACEUTICALS; PHARMACIA & UPJOHN COMPANY; PFIZER INC.; BARR PHARMACEUTICALS, INC.; GREENSTONE LAB,<br><br>                            Defendants. | CASE NO. 11CV1207 JLS (MDD)<br><br>**ORDER GRANTING STIPULATION**<br><br>(ECF No. 35) |

      Presently before the Court is the parties' Motion for Order as to Stipulation and Joint Status Report. (ECF No. 35). In light of the parties' request for additional time to finalize an agreement disposing of this matter, **IT IS HEREBY ORDERED** as follows:

      1.    The in-person status hearing currently set for September 27, 2012, at 1:30 pm is **VACATED**;

      2.    The Parties **SHALL FILE** a joint status report <u>on or before January 3, 2013</u>, informing the Court as to the status of the resolution of this case, or, in the alternative, **SHALL FILE** a joint motion to dismiss on or before that date; and

///
///
///
///
///
///

3. The Court **HEREBY SETS** a status hearing in this matter for <u>Thursday, January 10, 2013, at 1:30 p.m.</u>

**IT IS SO ORDERED**.

DATED: September 21, 2012

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge